IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| WALTER K. MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:16-cv-03841-RBH |
| | ) | |
| SOUTH CAROLINA CENTRAL RAILROAD | ) | |
| COMPANY, LLC, a domestic corporation, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S RULE 26 (a)(2) DISCLOSURE OF EXPERT TESTIMONY</u>

Pursuant to Rule 26(a)(2), Fed. R. Civ. P., and the Court's Consent Amended Scheduling Order dated March 8, 2017, defendant South Carolina Central Railroad Company (hereinafter "SCRF"), hereby files the following disclosure of expert testimony:

1. **Gary P. Wolf**
    **Wolf Railway Consulting**
    **2838 Washington Street**
    **Avondale Estates, GA 30002**

    **Mr. Wolf has extensive experience and training in railroad operations, railroad track and equipment, locomotive event recorders, and investigation and analysis of railroad accidents. He may offer opinions in those areas regarding the subject incident. Mr. Wolf's qualifications, opinions and bases therefore are set forth in more detail in his curriculum vitae and his signed written report. His curriculum vitae, report, list of other cases, and charges, Bates Nos. SCRF 1533-1554, are being contemporaneously produced to plaintiff.**

**Defendant reserves the right to supplement this disclosure and designation of experts herein, based on any new allegations or evidence that has not been produced, designated, or disclosed to date.**

**Furthermore, defendant reserves the right to call any and all experts timely and completely identified by all other parties to this case, but does not waive the right to object to the qualifications or opinions of any experts designated by others.**

This the 7th day of September, 2017.

2

BY: s/John C. Millberg
John C. Millberg, SC Federal ID# 8026
Attorneys for defendant, South Carolina Central
Railroad Company, LLC
MILLBERG GORDON STEWART PLLC
1101 Haynes Street, Suite 104
Raleigh, NC  27604
Telephone: (919) 836-0090
Facsimile:  (919) 836-8027
Email: jmillberg@mgsattorneys.com

2

CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 7th day of September, 2017.

BY: s/John C. Millberg
John C. Millberg, SC Federal ID# 8026
Attorneys for defendant, South Carolina Central
Railroad Company, LLC
MILLBERG GORDON STEWART PLLC
1101 Haynes Street, Suite 104
Raleigh, NC  27604
Telephone: (919) 836-0090
Facsimile:  (919) 836-8027
Email: jmillberg@mgsattorneys.com
